**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE WHEELS UP EXPERIENCE INC. DERIVATIVE LITIGATION | Lead Case No.: 1:23-cv-06777-OEM-VMS |
| This Documents Relates to:<br><br>ALL ACTIONS | |

## DEFENDANT WHEELS UP EXPERIENCE INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1.1, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant Wheels Up Experience Inc. ("Defendant") hereby discloses the following:

1. Delta Air Lines, Inc. is publicly held and owns 10% or more of Defendant's Class A common stock, $0.0001 par value per share ("Common Stock").

2. There is no parent corporation or other publicly held corporation owning 10% or more of Defendant's Common Stock.

Dated: August 2, 2024
New York, New York

Respectfully submitted,

MCGUIREWOODS LLP

By:  */s/ Jeffrey J. Chapman*
Jeffrey J. Chapman
Garrett H. Hooe (*pro hac vice*)
1251 Avenue of the Americas, 20th Fl.
New York, New York 10020-1104
Tel: 212-548-2100
Email:  jchapman@mcguirewoods.com
ghooe@mcguirewoods.com
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of August 2024, I caused a true and correct copy of the foregoing Rule 7.1 Corporate Disclosure Statement to be filed electronically with the Clerk of Court via the Court's CM/ECF system. Counsel of record are registered CM/ECF users and will be served by the CM/ECF system.

/s/ *Jeffrey J. Chapman*
Jeffrey J. Chapman
MCGUIREWOODS LLP

*Counsel for Defendants*